**TECHNICAL TAPE CORPORATION,**
Plaintiff-Appellant,

v.

**MINNESOTA MINING and MANUFAC-
TURING COMPANY, Defendant-
Appellee.**

**No. 337, Docket 24207.**

United States Court of Appeals
Second Circuit.

Decided Nov. 8, 1957.

Daniel L. Morris, Curtis, Morris &
Safford, New York City, for plaintiff-
appellant.

H. H. Hamilton, Burgess, Ryan &
Hicks, New York City, for defendant-
appellee.

Before MEDINA and WATERMAN,
Circuit Judges, and LEIBELL, District
Judge.

PER CURIAM.

Technical Tape Corporation, plaintiff-
appellant, was unsuccessful on its appeal
from the Judgment entered in the Dis-
trict Court, which held the Minnesota
Mining and Manufacturing Company's
patent No. 2,177,627 valid and infringed
by Technical Tape Corporation. The
mandate filed September 24, 1957, in-
cluded defendant-appellee's (Minnesota
Mining and Manufacturing Company's)
printing costs of $2,275.00 as taxed by
the Clerk of this Court. Technical Tape
Corporation has moved in this Court to
have the mandate recalled, costs retaxed,
and for other relief.

Technical Tape Corporation now
charges that Minnesota Mining and Man-
ufacturing Company, in having its costs
taxed, submitted to the Clerk of this
Court a printing bill that was so far out
of line with established rates as to raise
a question as to whether or not the bill
was true or false. We have considered
the affidavits and exhibits submitted by
the parties and we are satisfied that the
printing bill was a genuine bill and was
actually paid by Minnesota Mining and
Manufacturing Company's attorneys in
St. Paul early in May of this year, some
time before the appeal was decided on
August 2, 1957.

But the printing bill of the defendant-
appellee was high compared with the

1

customary rates in this district and included a charge for overtime that cannot be considered as ordinary or necessary. The printing costs heretofore allowed should be reduced by $750.00.

The mandate issued September 23, 1957 is recalled solely for the purpose of having the Clerk of this Court retax the printing costs at $1,525.00.